# EXHIBIT B

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC, | No. C-11-01959 EMC |
| Plaintiff, | |
| v. | **DECLARATION OF BRETT L. GIBBS IN SUPPORT OF APPLICATION FOR EXPEDITED DISCOVERY** |
| DOES 1-46, | |
| Defendants. | |

**DECLARATION OF BRETT L. GIBBS IN SUPPORT OF
APPLICATION FOR EXPEDITED DISCOVERY**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. The actual identities of the Doe Defendants in this matter are currently unknown. While their IP addresses are known, we are unable at this point, without the requested discovery from the Internet Service Providers listed in Exhibit A of the Complaint [DKT# 1], to connect those IP addresses with actual names, addresses, email addresses and Media Address Control addresses.

1 As a result, no service of summons on any Doe Defendant can yet be effectuated, and this case essentially cannot proceed through its normal course without the requested discovery.

3. At this point, there is no defendant to serve a copy of Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery. Though Plaintiff has diligently found the IP addresses of Doe Defendants, due to Doe Defendants' covert actions, their real names, addresses, email addresses and MAC addresses still elude detection. Unfortunately, Plaintiff cannot perfect service on Doe Defendants IP addresses.

4. In granting Plaintiff's Ex Parte Application for Leave to Take Expedited Discovery, thus permitting expedited discovery as outlined, the Court is permitting Plaintiff to defend its copyright. Through the information supplied by via the subpoenas, Plaintiff will have sufficient information to name Defendants for purposes of issuing summonses, making reasonable attempts to serve them, and proceeding with the case. Once presented with their names, Plaintiff by and through its attorneys will contact these Doe Defendants and either settle matters, or begin formal service and naming of each Doe.

5. Plaintiff requests that its *Ex Parte* Application be addressed as soon as possible for good reason. This is because, while Plaintiff currently has valid IP addresses belonging to actual infringers, the ISPs consistently purge their own IP logs. A lengthy delay in granting Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery could allow these Doe Defendant infringers slip through the system undetected, and prevent Plaintiff from adequately address the wrongs that have been levied against it.

6. As referenced in the Application, this request is not unique. There are plenty of decisions made by this Court that support granting Plaintiff's request, including many decisions by Your Honor in over the past ten years, as referenced in the *Ex Parte* Application. With the growth

3
DECLCARATION OF BRETT GIBBS SUPPORTING PLAINTIFF'S APPLICATION        No. C-11-01959 EMC

of the Internet, and the wrongful behavior happening therein, the necessity for these applications have only increased of late.

7. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. I called upon to testify, I can and will competently testify as set forth above.

**DATED: April 23, 2011.**

By: ____/s/ Brett L. Gibbs,_____