United States District Court

for the Northern District of California

FILED 2011 JUN -6 P 2:14 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Hard Drive Productions, INC. )
   Plaintiff, )
)
v. )
)
John Doe #1, pro se )   Civil Action No. C-11-01959 EMC
Does 1-46 )
   Defendants. )
_____ )

## MOTION TO QUASH AND/OR VACATE SUBPOENA AND INCORPORATED MEMORANDUM OF LAW

The UNDERSIGNED, pro se, moves the court pursuant to Fed. R. Civ. P. 45(c)(3), and limits his appearance for the purposes of contesting jurisdiction, for an order quashing the subpoena served on Time Warner Cable, the internet service provider (ISP) of the undersigned, seeking information relating to subscriber information of I.P Address 67.49.46.27, and states that:

(1) The undersigned was not the direct recipient of the subpoena at the issue in this case, but is instead an end user of the above named Internet Service Provider (ISP), but has standing to file this motion to quash pursuant to personal right and privilege of information, identity, and rights of jurisdiction and undue burden of travel. See Smith v. Midland Brake, Inc., 162 F.R.D. 683, 685 (D. Kan. 1995).

(2) The purpose of the subpoena issued to the undersigned is to disclose my identity as a listed "Doe" in the above styled case, a placeholder name used when a defendant's true identity is unknown. See generally, Plant v. Does, 19 F. Supp. 2D 1316, 1320 (S.D. Fla 1998).

1

(3) Once the Plaintiff has ascertained the name of the Defendant through the process of discovery, on in the instant case, through their subpoena, the Plaintiff must amend the complaint to name the defendant and effect service of process. Slaughter v. City of Unidilla, 2008 U.S. Dist. LEXIS 8350 (M.D. Ga. 2008).

(4) Upon compliance from the ISP with the information requested, the John Doe identity will be established and the case will be immediately amended, and the undersigned will be added as a party to the case, causing an undue burden sufficient enough for this court to quash the subpoena at the issue of this motion. Requiring the Defendant, a private citizen, to have to defend himself in an action more than 500 miles away from his home, creating the sort of hardship and unfairness that the personal jurisdiction requirements exist to protect. Rule 45(c)(3)(A)(ii).

WHEREFORE the undersigned Defendant prays this honorable court quash the subpoena requesting subscriber information relating to my I.P. Address issued against the Internet Service Provider in the instant case, and suspend discovery pursuant to the local rules.

The undersigned would respectfully request and order protecting his identity, substantially in the form of "The subpoena seeking information from regarding John Doe #1 (identity protected), is hereby quashed."

Dated this 3rd of June, 2011.

Respectfully submitted,

x John Doe_____, *pro se*
John Doe #1 (I.P Address 67.49.46.27)
