Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-46, )<br>)<br>Defendants. )<br>)<br>_____ ) | **No. C-11-01959 EMC**<br><br>**[PROPOSED] ORDER DENYING<br>DOE DEFENDANT'S MOTION TO<br>QUASH PLAINTIFF'S SUBPOENA** |

**ORDER DENYING DOE DEFENDANT'S
MOTION TO QUASH PLAINTIFF'S SUBPOENA**

The Court has reviewed unamed Doe Defendant's Motion to Quash Order Granting Plaintiff's Application for Leave to Take Discovery Prior to Rule 26(f) Conference with Extended Joinder Discussion (DKT#12) (hereinafter "Motion to Quash #12"), and Plaintiff's Opposition (DKT#16) to such. As outlined more fully in Plaintiff's Opposition (DKT#16), Defendant has failed to meet his burden of showing that the subject subpoena should be quashed by this Court. *MCGIP, LLC v. Does 1–18*, No. 11-1495, 2011 WL 2181620, at *1 (N.D. Cal. June 2, 2011). Plaintiff has adequately shown that its needs in obtaining the identifying information sought far outweigh Defendant's needs to keep such information private. *See id.* As such, Defendant's Motion to Quash Plaintiff's Subpoena is **DENIED**.

In terms of a protective order, as raised by Defendant, this Court has already ordered that any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of prosecuting this litigation (*See* DKT#8).  This shall be sufficient protection for Defendant.

Third-party entities that have been, and will be, subpoened by Plaintiff must still carry on with gathering and supplying Plaintiff with the information requested through its Rule 45 subpoenas as fully laid out in this Court's Order Granting Plaintiff's *Ex Parte* Application for Expedited Discovery (DKT#8).

This order disposes of Docket No. 12.

IT IS SO ORDERED.

DATED:_____

_____
Edward M. Chen
United States District Court Judge