David Barzelay, Esq. (CA Bar No. 260605)
35 Walter St. No. 4
San Francisco, CA  94114
(415) 613-3373
david.barzelay@gmail.com

David Philip Graham (CA Bar No. 269613) (Admission Pending)
1800 Century Park East, Suite 600
Los Angeles, CA  90067
(424) 262-1718
David@DPGatLaw.com

*Attorneys for Movant*: John Doe
(aka IP address 71.198.104.197)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | **Case No.: C-11-01959 EMC** |
| Plaintiff, | |
| vs. | **[Proposed] ORDER GRANTING DEFENDANT'S MOTION TO QUASH SUBPOENA** |
| DOES 1-46 | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT:

1.  The subpoena issued by this Court to Comcast Corporation on behalf of Hard Drive Productions, Inc. is hereby QUASHED.

IT IS SO ORDERED.

Dated:

_____
Hon. Edward M. Chen
U.S. District Court Judge

1
[Proposed] ORDER GRANTING DEFENDANT'S MOTION TO QUASH SUBPOENA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] ORDER GRANTING DEFENDANT'S MOTION TO QUASH SUBPOENA