UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C-11-1959 EMC |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE** |
| DOES 1-46, | |
| Defendants. _____/ | |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES (including the Motion to Quash, Docket #23) to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.  Enforcement of the subpoena is stayed pending the magistrate judge's ruling on the pending motion(s) to quash.

Dated: June 27, 2011

_____
EDWARD M. CHEN
United States District Judge