1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       NORTHERN DISTRICT OF CALIFORNIA
8
                             SAN FRANCISCO DIVISION
9

10

11
   HARD DRIVE PRODUCTIONS, INC.,       )    **No. C-11-01959 EMC**
12                                     )
            Plaintiff,                 )
13                                     )
       v.                              )    **[PROPOSED] ORDER
14                                     )    DENYING DOE'S MOTION TO
   DOES 1-46,                          )    QUASH SUBPOENA**
15                                     )
            Defendants.                )
16  _____)

17              **ORDER DENYING DOE'S MOTION TO QUASH SUBPOENA**

18      The Court has reviewed Defendant/Movant John Doe's (aka IP address 24.6.184.34,

19  hereinafter "Defendant") Motion to Quash Plaintiff's Subpoena (DKT#23), and Plaintiff's

20  Opposition (DKT#25) to such. As outlined more fully Plaintiff's Opposition, Defendant has failed

21  to meet its burden of showing that the subject subpoena should be quashed. *See MCGIP, LLC v.*

22  *Does 1–18*, No. 11-1495, 2011 WL 2181620 (N.D. Cal. June 2, 2011) (Chen). As such, Defendant's

23  Motion to Quash Plaintiff's Subpoena is **DENIED**.

24      Third-party entities that have been subpoenaed by Plaintiff must still carry on with gathering

25  and supplying Plaintiff with the information requested through its Rule 45 subpoenas as fully laid

26  out in this Court's Order Granting Plaintiff's *Ex Parte* Motion for Expedited Discovery (DKT#8).

27      This order disposes of Docket No. 23.

IT IS SO ORDERED.

DATED:_____                          _____
                                                    United States District Court Judge