Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C-11-01959 EMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| DOES 1-46, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On July 18, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that to account for reasonable delays in identifying Doe Defendants, the case management currently scheduled for August 10, 2011, is continued to **Friday, December 2, 2011** ~~November 18, 2011~~, **at 9:00 a.m. on the 17th Floor in Courtroom 5 of the San Francisco Federal Court.** Plaintiff shall serve a copy of this order upon defendants.

DATED: July 19, 2011

_____
Edward M. Chen
United States

IT IS SO ORDERED

Judge Edward M. Chen