Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br> DOES 1-46, <br><br> Defendants. | No. C-11-01959 EMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN ANONYMOUS DOE DEFENDANTS** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN ANONYMOUS DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims brought in this action against the anonymous Doe Defendants associated with the Internet Protocol Addresses listed in <u>Exhibit A</u> to this Notice of Dismissal.

For the Court's reference, the Doe Defendants associated with this Dismissal are Does 1-8. In accordance with Federal Rule of Civil Procedure 41(a)(1), the respective Does have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1-8 have hereby been dismissed from this action.

Plaintiff still maintains claims against the anonymous Doe Defendants remaining in this action, and reserves the right to name such individuals and/or serve them when provided with their identifying information.

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: August 10, 2011**

By:    /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

Further, the following individuals who provided contacted information were served:

John Doe – represented by:   David Michael Barzelay
                             35 Walter St. No. 4
                             San Francisco, CA 94114
                             David.barzelay@gmail.com

The remaining Doe Defendants did not provide contact information and/or their information is being kept private by their request.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.