# EXHIBIT A

IP Address
169.230.102.154
173.55.159.151
24.10.28.117
24.4.99.20
67.188.135.165
75.80.57.109
76.173.186.181
98.234.237.25