Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOES 1-46, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **No. C-11-01959 EMC** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ALL DOE DEFENDANTS EXCEPT DOE DEFENDANT ASSOCIATED WITH IP ADDRESS 24.7.26.204** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ALL DOE DEFENDANTS EXCEPT DOE DEFENDANT ASSOCATED WITH IP ADDRESS 24.7.26.204**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims without prejudice brought in this action against all Doe Defendants in this case *except* for the Doe Defendant associated with Internet Protocol ("IP") Address 27.7.26.204 who Plaintiff also believes to be associated with Movant who brought the Motion to Quash and/or Vacate Subpoena and Incorporated Memorandum of Law (ECF No. 23, hereinafter "Motion to Quash") filed on June 24, 2011.

At this point, therefore, for clarity for the Court, this action is essentially Hard Drive Productions v. Doe Defendants Associated with IP Address 24.7.26.204. Also, the Motion to Quash,

and the Response thereto, are still pending before this Court (or the properly assigned Magistrate Judge) for a decision. Plaintiff prays that the Court resolve the Motion to Quash as soon as possible considering the circumstances of this case, and also taking into consideration the chances that Movant's identifying information will soon no longer be available to Plaintiff.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the respective Doe Defendants, other than the Doe Defendant associated with IP Address 27.7.26.204, have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff still maintains claims against the sole Doe Defendant associated with IP Address 27.7.26.204 remaining in this action, and reserves the right to name such individual and/or serve him or her when in possession of their identifying information in this case.

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: September 27, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

//

//

//

//

//

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

(No identifying information provided for the Doe Defendant associated with IP Address 27.7.26.204)

>/s/ Brett L. Gibbs
> Brett L. Gibbs, Esq.