Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> DOE DEFENDANT ASSOCIATED WITH <br> IP ADDRESS 24.7.26.204, <br><br> Defendant. | **No. C-11-01959 EMC** <br><br> **OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION** <br> **[Docket No. 36]** |

**OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Plaintiff, Hard Drive Productions, Inc., through its counsel and pursuant to Federal Rule of Civil Procedure 72, hereby timely files its Objections to the Magistrate Judge's Report and Recommendation Re Motion to Quash. (ECF No. 39, January 18, 2012) [hereinafter the "January 18 Recommendation"]. Plaintiff respectfully requests that the Court set aside the Honorable Magistrate Judge Joseph C. Spero's (hereinafter "the Magistrate Judge") January 18 Order and enter an order denying Movant's Motion to Quash for the reasons described in Plaintiff's Response in Opposition to Movant's Motion to Quash Subpoena and herein. (ECF No. 25.) The Court's denial will allow Plaintiff identify the subscriber related to the Internet Protocol ("IP") address 24.7.26.206, and allow Plaintiff to proceed with identifying the remaining Doe Defendant in this case.

///

///

**RELEVANT BACKGROUND**

Plaintiff brought this case naming forty-six Doe Defendants. (ECF No. 1.) This case was originally assigned to the then Honorable Magistrate Judge Edward M. Chen for all purposes. (*Id.*) Several motions to quash were filed requesting that the Court quash Plaintiff's court-authorized subpoenas to the Internet Service Providers ("ISPs"), which were intended to identify the account holder related to the IP addresses that were observed in a BitTorrent swarm reproducing and distributing Plaintiff's copyrighted works. (ECF Nos. 9, 10, 12.) Those motions were denied by the Court. (ECF Nos. 19, 22.) Subsequent to these denials, the Motion to Quash at issue was filed on June 27, 2011. (ECF No. 23.) Soon after, the now Honorable District Court Judge Edward M. Chen, referred this case "for ALL DISCOVERY PURPOSES (including the Motion to Quash, Docket #23)" to the Honorable Magistrate Judge Joseph C. Spero. (ECF No. 24.) Thus, the Motion to Quash at issue was before the Magistrate Judge as of July 2011.

On September 27, 2011, Plaintiff voluntarily dismissed all claims against all Doe Defendants without prejudice *except* for the Doe Defendant associated with IP address 27.7.26.204. (ECF No. 30.) Since that time, there has only been a single Doe Defendant in this case—the Doe Doe Defendant associated with IP address 27.7.26.204 who filed the Motion to Quash.

On January 18, 2012, the Magistrate Judge filed his January 18 Recommendation concluding "it is recommended that Doe's Motion be granted, that the subpoena for the moving Doe's subscriber information be quashed, and that all Does be dismissed from this action except Doe defendant at IP address 173.288.94.29." (ECF No. 39 at 2.) The Magistrate Judge ostensibly overlooked the fact that the Doe Defendant associated with IP address 173.288.94.29, not to mention all Doe Defendants other than the Doe Defendant associated with IP address 27.7.26.204, had already been dismissed from this case. (ECF No. 30.) The primary basis for the Magistrate Judge's

January 18 Recommendation was a finding of misjoinder. The remedy, according the Magistrate Judge, was severance and quashing.

## ANALYSIS

In light of the record in this case there is no basis for a misjoinder finding. It is axiomatic to say that a single individual cannot be misjoined with him/herself. While Plaintiff respectfully disagrees with the Magistrate Judge's conclusions, in this instance it is only necessary to note that a single defendant—the Doe Defendant associated with IP address 27.7.26.204—remains in this case.

## CONCLUSION

Plaintiff prays that, in light of the record in this case and this Court's precedent, the Court reject the Magistrate Judge's January 18 Recommendation and deny the Motion to Quash. *See, e.g.,* ECF Nos. 19, 22; *see also UMG Recordings v. Does 1-4*, 64 Fed. R. Serv.3d 305; *MCGIP, LLC v. Does 1-18*, 2011 WL 218162 (N.D. Cal. June 2, 2011) (Chen, J.)

Respectfully Submitted,

PRENDA LAW INC.

**DATED: January 26, 2012**

By:  /s/ Brett L. Gibbs

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
(415) 325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*