UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C-11-1959 EMC |
| Plaintiff, | |
| v. | CLERK'S NOTICE RESETTING CMC |
| DOES 1-46, | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that the CASE MANAGEMENT CONFERENCE set for 2/17/12 at 9:00 a.m. is reset for 4/6/12 at 9:00 a.m. before District Judge Edward M. Chen in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.    An updated joint CMC statement shall be filed by 3/30/12.   Plaintiff shall serve a copy of this notice upon defendants.

Dated: February 10, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Lee
Courtroom Deputy